IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

N'KOSI LERONE JONES,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2889

Opinion filed October 7, 2016.

Petition Alleging Ineffective Assistance of Appellate Counsel.

N'Kosi Lerone Jones, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Bryan Jordan, Senior Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      DISMISSED as successive.  Fla. R. App. P. 9.141(d)(6)(C).

LEWIS, WETHERELL, and JAY, JJ., CONCUR.